## UNITED STATES BANKRUPTCY COURT

### FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

FAISAL KHAN

Debtor

Chapter 13

Case No. 24-10065-KHK

### OBJECTION TO CONFIRMATION OF PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed February 6, 2024. The cause for this objection is as follows:

**Violation of 11 U.S.C. 1325(a)(3) and 11 U.S.C. 1325(a)(6) - Good Faith and Feasibility.**
- This is Debtor's second Chapter 13 case. His prior case #22-10879-KHK was dismissed September 9, 2022 for failure to file Plan or Schedules.
- In this case, Debtor did not disclose in his Schedules a financial arrangement with a factoring company whereby they have been advancing monies against his prospective personal injury award. Since this issue arose at his Section 341 Meeting of Creditors, Debtor has moved prospectively for approval of the financing, he has not disclosed the amounts received previously in his Schedules or Form 122C-1.
- Debtor's Schedule I/J show negative income of (-$7,764.39/month).
- Plan payment increase from $100.00 per month to $35,356.70 per month in month 13 is just a bit unrealistic.
- Debtor has not made his first Plan payment that was due on February 14, 2024.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**Notice of Objection To Confirmation**
Faisal Khan, Case # 24-10065-KHK

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1.  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice.  You must mail a copy to the persons listed below.
>
> ***Attend the hearing to be held on March 28, 2024 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.
>
> A copy of any written response must be mailed to the following persons:
>
> > Thomas P. Gorman
> > 1414 Prince Street, Suite 202
> > Alexandria, VA 22314
> >
> > Clerk of the Court
> > United States Bankruptcy Court
> > 200 South Washington Street
> > Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _February 29, 2024_____     __/s/Thomas P. Gorman _____
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB 26421

**Notice of Objection To Confirmation**
Faisal Khan, Case # 24-10065-KHK

# CERTIFICATE OF SERVICE

I hereby certify that I have this 29th day of February, 2024, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Faisal Khan | Ashvin Pandurangi |
| Chapter 13 Debtor | Attorney for Debtor |
| 9709 Georgetown Pike | Vivona Pandurangi, PLC |
| Great Falls, VA 22066 | 211 Park Ave. |
| | Falls Church, VA 22046 |

            __/s/ Thomas P. Gorman_____
            Thomas P. Gorman